```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
                                                              :
JOSHUA KEMP-SMITH, et al.,                                    :
                                                              :
                            Plaintiffs,                       :
                                                              :              20-CV-8802 (VSB)
               -against-                                      :
                                                              :                  ORDER
                                                              :
DEL FRISCOS OF NEW YORK, LLC,                                 :
                                                              :
                            Defendant.                        :
                                                              :
                                                              :
------------------------------------------------------------- X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/9/2021

<u>VERNON S. BRODERICK, United States District Judge</u>:

On June 1, 2021, I issued an order directing the parties to provide me with the terms of their settlement for judicial review pursuant to *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199, 200 (2d Cir. 2015). (Doc. 19.) Thereafter, Plaintiffs filed a letter stating that each cause of action on behalf of each plaintiff was predicated upon the NYLL only; therefore, judicial review of the settlement is unnecessary. (Doc. 21.)

Given that this action only alleges claims under the NYLL, the parties do not need to provide me with the terms of their settlement. Accordingly, it is hereby:

ORDERED that the parties do not need to submit the information regarding their settlement that I described in my previous order.

IT IS FURTHER ORDERED that the above-captioned action is discontinued without costs to any party and without prejudice to restoring the action to this Court's docket if the application to restore the action is made within thirty (30) days.

SO ORDERED.

Dated:  June 9, 2021
        New York, New York

*Vernon Broderick*
Vernon S. Broderick
United States District Judge